CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  JIM MOSELEY
  DAVID L. BRIDGES
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  MARY MURPHY
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV



## Court of Appeals
## Fifth District of Texas at Dallas
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

March 17, 2015

Larry E. Parrish, Esq.
Larry E. Parrish, P.C.
775 Ridge Lake Blvd., Suite 155
Memphis, TN 38120

Theodore W. Daniel
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

J. Kent Newsom
Newsom, Terry & Newsom, LLP
5956 Sherry Lane, Suite 1000
Dallas, TX 75225

David Jefrie Mizgala
Munsch Hardt Kopf & Harr, P.C.
500 North Akard Street, Suite 3800
Dallas, TX 75201

Andrew Jee
Jee Law, PLLC
811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4492

Re:     **No. 05-13-01035-CV**
        MICHELLE MANAUTOU, Appellant/Cross-Appellee
        V.
        EBBY HALLIDAY REAL ESTATE, INC., NANCY RUSSELL, PAT REVIEL,
        JOHN W. CARPENTER, III, HACKBERRY GROUP, INC.,
        HACKBERRY INVESTMENT PROPERTIES PARTNERS I, AND
        HACKBERRY INVESTMENT PROPERTIES PARTNERS II, Appellees
        AND
        JEFFERSON PROPERTIES HOLDING CORPORATION, JEFFERSON PROPERTIES, INC., LAS
        COLINAS CORPORATION, LAS COLINAS INVESTMENT PROPERTIES LIMITED
        PARTNERSHIP, LC SOUTHWEST PARTNERS LIMITED PARTNERSHIP-II F/K/A
        JMB/SOUTHWEST PARTNERS LIMITED PARTNERSHIP-II, SOUTHLAND FINANCIAL
        CORPORATION, SOUTHLAND INVESTMENT PROPERTIES, INC., SOUTHLAND LIFE
        INSURANCE CO., SOUTHLAND REAL ESTATE RESOURCES, AND TEACHERS INSURANCE
        AND ANNUITIES, Appellees/Cross-Appellants

Dear Attorneys:

Enclosed is a corrected page for the above-mentioned case. Please note the following typographical error, which has been corrected:

Page 1, first line of first paragraph, correct Appellant's last name to Manautou

Please replace page one of your previous copy with the enclosed.


Sincerely,

/s/ Lisa Matz

Lisa Matz
Clerk of the Court


cc:     Trial court judge
        Trial court clerk

AFFIRM; and Opinion Filed February 27, 2015.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-13-01035-CV

---

### MICHELLE MANAUTOU, Appellant/Cross-Appellee
### V.
### EBBY HALLIDAY REAL ESTATE, INC., NANCY RUSSELL, PAT REVIEL, JOHN W. CARPENTER, III, HACKBERRY GROUP, INC., HACKBERRY INVESTMENT PROPERTIES PARTNERS I, AND HACKBERRY INVESTMENT PROPERTIES PARTNERS II, Appellees
### AND
### JEFFERSON PROPERTIES HOLDING CORPORATION, JEFFERSON PROPERTIES, INC., LAS COLINAS CORPORATION, LAS COLINAS INVESTMENT PROPERTIES LIMITED PARTNERSHIP, LC SOUTHWEST PARTNERS LIMITED PARTNERSHIP-II F/K/A JMB/SOUTHWEST PARTNERS LIMITED PARTNERSHIP-II, SOUTHLAND FINANCIAL CORPORATION, SOUTHLAND INVESTMENT PROPERTIES, INC., SOUTHLAND LIFE INSURANCE CO., SOUTHLAND REAL ESTATE RESOURCES, AND TEACHERS INSURANCE AND ANNUITIES, Appellees/Cross-Appellants

---

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-10-07908-E

---

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Brown
Opinion by Justice Lang-Miers

Appellant Michelle Manautou sued appellees for claims relating to her purchase of a condominium that she contends was contaminated with "Harmful Indoor Mold." The trial court granted summary judgment in favor of appellees, denied cross-appellants' motion for summary judgment as to their attorneys' fees, and issued a final order disposing of all claims and issues. In three issues on appeal, appellant argues that the trial court granted summary judgment without